NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RHONDA OWENS CARACCIOLO,**
*Petitioner*

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Respondent*

2026-1486

Petition for review of the Merit Systems Protection Board in No. DC-0432-22-0466-B-1.

Before TARANTO, CHEN, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

The Federal Deposit Insurance Corporation (FDIC) responds to the court's April 15, 2026 show cause order, urging dismissal or transfer to district court.  Rhonda Owens Caracciolo has not responded.

Ms. Caracciolo appealed to the Merit Systems Protection Board, arguing that her removal by the FDIC was the result of discrimination based on race, age, and/or prior equal employment opportunity (EEO) activity.  The Board ultimately rejected Ms. Caracciolo's discrimination claims

and affirmed the agency's action. Ms. Caracciolo seeks judicial review, and her filings before this court indicate that she does not wish to abandon her discrimination claims. *See* ECF No. 6 at 1–3.

Federal district courts, not this court, have jurisdiction over "[c]ases of discrimination subject to the provisions of [5 U.S.C. §] 7702," § 7703(b)(2), which involve an allegation of an action appealable to the Board and an allegation that a basis for the action was covered discrimination, § 7702. *Perry v. Merit Sys. Prot. Bd.*, 582 U.S. 420, 437 (2017); *Diggs v. Dep't of Hous. & Urb. Dev.*, 670 F.3d 1353, 1357 (Fed. Cir. 2011) (holding that the affirmative defense of retaliation for prior EEO activity generally "falls outside [of this court's] jurisdictional reach"). Because Ms. Caracciolo asserted discrimination claims before the Board and wishes to continue to pursue those claims on judicial review, we agree with the FDIC that transfer to the United States District Court for the Eastern District of North Carolina, where the employment action appears to have occurred, is appropriate. *See* 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2026
Date